UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| WARREN ORPHEY,<br><br>      Plaintiff,<br><br>v.<br><br>HOME DEPOT, HOME DEPOT USA, INC., and DOES 1 through 100, Inclusive,<br><br>      Defendants. | Case No. CV11-03561 RGK (SSx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[Lodged Concurrently with Notice of Motion and Motion for Summary Judgment Or, in the Alternative, Partial Summary Judgment; Memorandum of Points and Authorities; Declarations of Michael Sexton, James Conley. Charles Messig, Betsy Miller and Jay Williamson; [Proposed] Statement of Uncontroverted Facts; Master Proof of Service re MSJ]<br><br>Date:      April 2, 2012<br>Time:      9:00 a.m.<br>Dept.:      850<br><br>Complaint Filed: February 2, 2011<br>Trial Date: May 8, 2012<br>Judge:      Hon. R. Gary Klausner |

1  Defendant HOME DEPOT, U.S.A., INC.'S (hereafter "Home Depot") Motion
2  for Summary Judgment, or in the Alternative, Partial Summary Judgment, came on
3  regularly for hearing before the Honorable R. Gary Klausner, on April 2, 2012. ~~The~~
4  ~~appearances were as stated on the record.~~
5  After full consideration of the evidence, the [Proposed] Statement of
6  Uncontroverted Facts and Conclusions of Law, the authorities submitted by counsel,
7  ~~as well as counsel's oral argument,~~ IT IS HEREBY ORDERED THAT Home
8  Depot's Motion for Summary Judgment is GRANTED in full.
9  IT IS FURTHER ORDERED THAT the Plaintiff take nothing, that
10 JUDGMENT IS ENTERED IN FAVOR OF HOME DEPOT. Home Depot is to
11 recover its costs. Home Depot may file a bill of costs no later than April ____, 2012.

13 IT IS SO ORDERED.

15 Dated: 04.02.2012                           _____
                                               Hon. Gary R. Klausner

17 11859343.1 (OGLETREE)