1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| WARREN ORPHEY,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT, HOME DEPOT USA, INC., and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No. CV11-03561 RGK (SSx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[Lodged Concurrently with Notice of Motion and Motion for Summary Judgment Or, in the Alternative, Partial Summary Judgment; Memorandum of Points and Authorities; Declarations of Michael Sexton, James Conley. Charles Messig, Betsy Miller and Jay Williamson; [Proposed] Statement of Uncontroverted Facts; Master Proof of Service re MSJ]<br><br>Date:     April 2, 2012<br>Time:    9:00 a.m.<br>Dept.:    850<br><br>Complaint Filed: February 2, 2011<br>Trial Date: May 8, 2012<br>Judge:   Hon. R. Gary Klausner |

1. Defendant HOME DEPOT, U.S.A., INC.'S (hereafter "Home Depot") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, came on regularly for hearing before the Honorable R. Gary Klausner, on April 2, 2012. ~~The appearances were as stated on the record.~~

After full consideration of the evidence, the [Proposed] Statement of Uncontroverted Facts and Conclusions of Law, the authorities submitted by counsel, ~~as well as counsel's oral argument,~~ IT IS HEREBY ORDERED THAT Home Depot's Motion for Summary Judgment is GRANTED in full.

IT IS FURTHER ORDERED THAT the Plaintiff take nothing, that JUDGMENT IS ENTERED IN FAVOR OF HOME DEPOT. Home Depot is to recover its costs. Home Depot may file a bill of costs no later than April ____, 2012.

IT IS SO ORDERED.

Dated: 04.02.2012

Hon. Gary R. Klausner

11859343.1 (OGLETREE)